11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Perry Rodney Howe

Appellant

Vs.                   No. 11-03-00133-CR B Appeal from Dallas County

State of Texas

Appellee

 

Appellant has filed in this court a motion to
withdraw his appeal.  Appellant states that
his counsel explained the consequences of withdrawing his appeal and that he
does not wish to further pursue this appeal. 
The motion is signed by appellant.

  The
motion is granted, and the appeal is dismissed.  TEX.R.APP.P. 42.2(a).  

 

PER CURIAM

 

June 12, 2003

Do not publish.  See TEX.R.APP.P. 47.2(b).

Panel consists of: Arnot, C.J., and

Wright, J., and McCall, J.